# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MARION E. HUNGERFORD, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security Administration, <br><br> Defendant. | CV 14-152-BLG-CSO <br><br><br> ORDER |

Plaintiff Marion E. Hungerford ("Hungerford"), by and through her attorney, John E. Seidlitz, Jr., has filed an unopposed motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. *ECF 17*. She requests $4,875.04 in fees. She seeks no costs or expenses. She also represents that Defendant Commissioner of Social Security ("Commissioner") has been contacted and has no objection to the application for fees.

Having reviewed the record, and there being no objection from the Commissioner, the Court concludes that Hungerford's request for fees in the amount of $4,875.04 is appropriate. Accordingly, IT IS ORDERED that Hungerford's Application for Award of EAJA Fees (*ECF 17*) is GRANTED.

The Commissioner shall award Hungerford attorney fees in the amount of $4,875.04.

DATED this 13th day of November, 2015.

/S/ Carolyn S. Ostby
United States Magistrate Judge